# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **CONNIE HURTE, o/b/o C.S.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 1:10CV119 SNLJ(TCM)** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States

Magistrate Judge Thomas C. Mummert, III (#23), filed May 23, 2011, be and is **SUSTAINED,**

**ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be

and is **REVERSED** and pursuant to sentence four of 42 U.S.C. § 405(g), **REMANDED** to the

Commissioner for further proceedings. This Court does not retain jurisdiction of this case.

Dated this __20th__ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE